Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
445 S. Figueroa Street
Suite 3100
Los Angeles, California 90071
Telephone: (213) 426-2137

Attorneys for Plaintiff
SPLASH NEWS AND PICTURE AGENCY, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPLASH NEWS AND PICTURE AGENCY, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>JENNIFER LOPEZ,<br><br>*Defendant*. | Case No.: 2:19-cv-8598 DDP (AFMx)<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

Under Rule 4l(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Splash News and Picture Agency, LLC hereby voluntarily dismisses *with prejudice* the entire action as to all claims asserted against all parties.

Dated:  January 24, 2020         Respectfully submitted,

**PERKOWSKI LEGAL, PC**

By:   /s/ Peter Perkowski
       Peter E. Perkowski

       Attorneys for Plaintiff
       SPLASH NEWS AND PICTURE AGENCY, LLC